In the Matter of the Petition of GEORGE G. HASTINGS, as Executor of ROSALIE T. HASTINGS, Deceased, Respondent, for the Inspection of the Books and Records of FRANK TOUSEY, Publisher, a Corporation.

SINCLAIR TOUSEY et al., Appellants.

*Matter of Hastings*, 128 App. Div. 516, affirmed.
(Argued January 5, 1909; decided January 19, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 7, 1908, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus and granted said motion.

*James M. Hunt* for appellants.

*Theron Davis* for respondent.

Order affirmed, with costs ;.no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.